FILED
2010 APR 28 A 9: 13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Miguel Angel Chacon - #099469    CV 10 80097 MISC
_____/

**ORDER TO SHOW CAUSE**

It appearing that Miguel Angel Chacon has been suspended for two years by the Supreme Court of California effective March 28, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before May 31, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Miguel Angel Chacon
Attorney At Law
125 S Market St #1075
San Jose, CA 95113