FILED

JUL -6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10-80097 MISC VRW

Miguel Angel Chacon,
                                     ORDER
    State Bar No 99469
_____/

On April 28, 2010, the court issued an order to show cause (OSC) why Miguel Angel Chacon should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension for two years by the Supreme Court of California, effective March 28, 2010.

The OSC was mailed to Mr Chacon's address of record with the State Bar on April 30, 2010. A written response was due on or before May 31, 2010. No response to the OSC has been filed as of this date.

The court now orders Miguel Angel Chacon removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Miguel Angel Chacon

Case Number: C10-80097 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Miguel Angel Chacon
125 S Market St, #1075
San Jose, CA 95113

Dated: July 6, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*